UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-18*

Case No.

**COMPLAINT**

**Exhibit A**:   IP addresses

| No. | IP | Hit Date UTC | File Name | File Hash | ISP | City | Province |
|---|---|---|---|---|---|---|---|
| 1 | 72.208.155.105 | 2016-11-30 16:46:19 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 2 | 70.190.189.159 | 2016-11-30 13:29:56 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 3 | 70.166.121.234 | 2016-11-30 04:06:02 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 4 | 98.165.100.106 | 2016-11-30 03:58:30 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 5 | 72.201.103.216 | 2016-11-29 22:28:25 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 6 | 98.191.100.243 | 2016-11-29 09:15:15 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 7 | 24.251.15.153 | 2016-11-29 02:30:14 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 8 | 184.182.217.163 | 2016-11-29 02:14:26 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 9 | 72.222.246.112 | 2016-11-28 17:55:34 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 10 | 68.106.15.225 | 2016-11-28 13:25:53 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 11 | 70.162.84.132 | 2016-11-28 05:11:00 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 12 | 72.223.61.84 | 2016-11-28 01:39:42 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 13 | 70.190.150.128 | 2016-11-27 20:20:03 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 14 | 24.251.23.132 | 2016-11-27 15:26:27 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 15 | 70.190.200.68 | 2016-11-27 06:23:55 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 16 | 68.231.114.83 | 2016-11-27 05:24:46 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 17 | 68.2.144.88 | 2016-11-27 02:06:52 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 18 | 72.208.149.78 | 2016-11-27 00:49:55 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-18*

Case No.

**COMPLAINT**

**Exhibit B:** Certificate of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

**Effective Date of Registration:** August 02, 2016

## Title

                **Title of Work:** Mechanic: Resurrection

**Previous or Alternate Title:** The Mechanic 2 aka The Mechanic II

          **Nature of Claim:** Original Motion Picture

## Completion/Publication

        **Year of Completion:** 2016
     **Date of 1st Publication:** August 25, 2016
**Nation of 1st Publication:** United States
            **Preregistration:** PRE000008863

## Author

                  **Author:** ME2 Productions, Inc.
         **Author Created:** Entire Motion Picture
    **Work made for hire:** Yes
           **Domiciled in:** United States
             **Anonymous:** No
          **Pseudonymous:** No

## Copyright Claimant

     **Copyright Claimant:** ME2 Productions, Inc.
                                         318 N. Carson Street, #208, Carson City, NV 89701

## Limitation of copyright claim

**Material excluded from this claim:** Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014
        **Previously registered:** Yes

**New material included in claim:** Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects

## Certification

                      **Name:** Michael A. Hierl
                       **Date:** August 01, 2016

Case 2:17-cv-01427-DLR   Document 1-1   Filed 05/08/17   Page 5 of 5

**Correspondence:** Yes

